Ethan Preston (263295)
ep@eplaw.us
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone: (972) 564-8340
Facsimile: (866) 509-1197

*Attorneys for Plaintiff Kelly Pinn, on her own behalf,
and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY PINN, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER CREDIT COUNSELING FOUNDATION, INC., a Florida corporation, ISHWINDER JUDGE, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | **ORDER (AS MODIFIED) CONTINUING THE JULY 19, 2023 FURTHER CASE MANAGEMENT CONFERENCE TO AUGUST 30, 2023**<br><br>No. 4:22-cv-04048-DMR<br><br>Judge Donna M. Ryu |

For good cause shown, having considered all the parties' papers, and all the materials, evidence, and information properly presented to the Court, the Court finds that Plaintiff Kelly Pinn and Defendants Consumer Credit Counseling Foundation, Inc., National Budget Planners of South Florida, Inc., Ishwinder Judge, and Digital Media Solutions, LLC have stipulated to continue the next case management conference presently set for July 19, 2023 under Civil Local Rule 6-3 and Federal Rule 6, and that the parties have established good cause for such continuance. *Cf.* Fed. R. Civ. P. 6(b)(1)(A) (Court may grant extensions in advance of a deadline "for good cause").

//

//

//

The Court hereby continues the next case management conference presently set for July 19, 2023 until August 30, 2023 at 1:30 p.m. in Oakland, by Videoconference only. Parties shall file an updated joint case management conference statement by August 23, 2023. All counsel and parties may access the webinar information (public hearings) at

**https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.**

**IT IS SO ORDERED AS MODIFIED.**

DATED: May 19, 2023

_____
The Honorable Donna M. Ryu
Chief Magistrate Judge, United States
District Court for the Northern District
of California

*IT IS SO ORDERED AS MODIFIED — Judge Donna M. Ryu*