Ethan Preston (263295)
ep@eplaw.us
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone: (972) 564-8340
Facsimile: (866) 509-1197

*Attorneys for Plaintiff Kelly Pinn, on her own behalf,
and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY PINN, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER CREDIT COUNSELING FOUNDATION, INC., NATIONAL BUDGET PLANNERS OF SOUTH FLORIDA, INC., Florida corporations, and ISHWINDER JUDGE, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | **PLAINTIFF KELLY PINN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>No. 4:22-cv-04048-DMR<br><br>Judge Donna M. Ryu |

## NOTICE OF ADMINISTRATIVE MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Kelly Pinn ("Pinn" or "Plaintiff") hereby applies under Local Rules 7-11 and 79-5(f) to seal portions of her motion to sanction Defendants Consumer Credit Counseling Foundation, Inc. ("CCCF"), National Budget Planners of South Florida, Inc., and Ishwinder Judge (together, "Defendants").

## LOCAL RULE 79-5(f) ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

This Administrative Motion is based on Local Rule 7-11 and 79-5(f) and the other authorities cited herein and the supporting declarations, oral argument of counsel, and any other matter that may be submitted at the hearing.

Plaintiff's motion to sanction incorporates the deposition of Porus Engineer and, e.g.,

exhibits 31, 33, 34, and 35 to the Engineer deposition, to (1) demonstrate that Defendants' organization charts were incomplete and (2) identify irreconcilable discrepancies between CCCF's payroll records and the employee incentive policies that Defendants have provided Plaintiff. Defendants have designated exhibits 31, 33, 34, and 35 and related portions of the Engineer deposition (Tr. 102:1-108:15) as confidential under the Court's stipulated protective order. (ECF No. 32.)

## CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746 and Local Rule 79-5.2(f), I hereby certify that a complete set of these documents will be served on August 7, 2024 upon the parties below under Fed. R. Civ. P. 5(b) by emailing a copy of the foregoing to Defendants' last known address as follows:

> Seth W. Wiener
> LAW OFFICES OF SETH W. WIENER
> 609 Karina Court
> San Ramon, California 94582
> Telephone: (925) 487-5607
> seth@sethwienerlaw.com
>
> *Attorneys for Defendants Consumer Credit Counseling Foundation, Inc., National Budget Planners of South Florida, Inc., and Ishwinder Judge*

Dated: August 7, 2024          By:   s/Ethan Preston
                                     Ethan Preston (263295)
                                     ep@eplaw.us
                                     PRESTON LAW OFFICES
                                     4054 McKinney Avenue, Suite 310
                                     Dallas, Texas 75204
                                     Telephone: (972) 564-8340
                                     Facsimile: (866) 509-1197

                                     *Attorneys for Plaintiff Kelly Pinn, on her own behalf, and behalf of all others similarly situated*