Ethan Preston (263295)
ep@eplaw.us
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone: (972) 564-8340
Facsimile: (866) 509-1197

*Attorneys for Plaintiff Kelly Pinn, on her own behalf,
and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY PINN, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER CREDIT COUNSELING FOUNDATION, INC., NATIONAL BUDGET PLANNERS OF SOUTH FLORIDA, INC., Florida corporations, and ISHWINDER JUDGE, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | **DECLARATION SUPPORTING PLAINTIFF KELLY PINN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>No. 4:22-cv-04048-DMR<br><br>Judge Donna M. Ryu |

1.    My name is Ethan Preston. I am an attorney at law licensed to practice before all of the courts of the State of California. I am counsel of record for Plaintiff Kelly Pinn ("Pinn"), and have personal knowledge of all of the facts set forth in this declaration and could testify thereto if called to do so.

2.    Plaintiff's motion to sanction incorporates the deposition of Porus Engineer and, e.g., exhibits 31, 33, 34, and 35 to the Engineer deposition to identify irreconcilable discrepancies between CCCF's payroll records and the employee incentive policies that Defendants have provided Plaintiff. Defendants have designated exhibits 31, 33, 34, and 35 and related portions of the Engineer deposition as confidential under the stipulated protective order. (ECF No. 32.)

3.    Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 7, 2024         By:      s/Ethan Preston
                                       Ethan Preston