Ethan Preston (263295)
ep@eplaw.us
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone: (972) 564-8340
Facsimile: (866) 509-1197

*Attorneys for Plaintiff Kelly Pinn, on her own behalf,
and on behalf of all others similarly situated*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY PINN, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER CREDIT COUNSELING FOUNDATION, INC., a Florida corporation, ISHWINDER JUDGE, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | **PROPOSED ORDER GRANTING PLAINTIFF KELLY PINN'S MOTION TO SEAL**<br><br>No. 4:22-cv-04048-DMR<br><br>Judge Donna M. Ryu |

For good cause shown, having considered all the parties' papers, and all the materials, evidence, and information properly presented to the Court, the Court finds there is good cause shown and grants Plaintiff Kelly Pinn's ("Pinn") motion to seal and orders that Pinn may file the portions of the record designated as confidential, exhibits 31, 33, 34, and 35 and related portions of the Engineer deposition (Tr. 102:1-108:15), under seal.

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Donna M. Ryu
Judge of the United States District Court
For the Northern District of California