Seth W. Wiener (California State Bar No. 203747)
LAW OFFICES OF SETH W. WIENER
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607
Email: seth@sethwienerlaw.com

Attorney for Defendants
Consumer Credit Counseling Foundation, Inc.,
National Budget Planners of South Florida, Inc.,
and Ishwinder Judge

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY PINN, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>CONSUMER CREDIT COUNSELING FOUNDATION, INC., NATIONAL BUDGET PLANNERS OF SOUTH FLORIDA, INC., Florida corporations, and ISHWINDER JUDGE, an individual, and DOES 1-10, inclusive,<br><br>　　　　　　　　　Defendants. | **AMENDED STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL**<br><br>No. 4:22-cv-04048-DMR<br><br>Judge Donna M. Ryu |

Plaintiff Kelly Pinn ("Pinn") and Defendants Consumer Credit Counseling Foundation, Inc. ("CCCF"), National Budget Planners of South Florida, Inc., Ishwinder Judge (hereinafter jointly referred to as "Defendants"), through their counsel of record, hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's August 19, 2024 order (ECF No. 130), Plaintiff's individual claims against Defendant are hereby voluntarily dismissed with prejudice, with the parties bearing their own costs.  The claims of putative class members are dismissed without prejudice.

Dated: August 22, 2024			By: _/Ethan Preston/_
　　　　　　　　　　　　　　　　　　　Ethan Preston (263295)
　　　　　　　　　　　　　　　　　　　ep@eplaw.us
　　　　　　　　　　　　　　　　　　　PRESTON LAW OFFICES
　　　　　　　　　　　　　　　　　　　4054 McKinney Avenue, Suite 310
　　　　　　　　　　　　　　　　　　　Dallas, Texas 75204
　　　　　　　　　　　　　　　　　　　Telephone: (972) 564-8340

Facsimile:(866) 509-1197

*Attorneys for Plaintiff Kelly Pinn, on her own behalf, and behalf of all others similarly situated*

Dated: August 22, 2024          By: /Seth W. Wiener/
Seth W. Wiener (203747)
LAW OFFICES OF SETH W. WIENER
609 Karina Court
San Ramon, California 94582
Telephone: (925) 487-5607
seth@sethwienerlaw.com

*Attorneys for Defendants Consumer Credit Counseling Foundation, Inc., National Budget Planners of South Florida, Inc., and Ishwinder Judge*

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

Dated: August 22, 2024          By: /Seth W. Wiener/
Seth W. Wiener

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2024, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

By: _____
SETH W. WIENER